**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Maya Hussein, Esq. (SBN 335777)
Theodore H. Chase, Esq. (SBN 295823)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone:     (805) 270-7100
Facsimile:     (805) 270-7589
E-Mail:        mbradley@bradleygrombacher.com
E-Mail:        kgrombacher@bradleygrombacher.com
E-Mail:        mhussein@bradleygrombacher.com
E-Mail:        tchase@bradleygrombacher.com

Attorneys for Plaintiff JOEY GARCIA, on
behalf of himself and all others similarly situated

[*Additional Counsel on Following page*]

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED DRAINAGE SYSTEMS, INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. 1:24-CV-00616 JLT SAB<br><br>[*Assigned to Hon. Stanley A. Boone, Courtroom 9*]<br><br>**[PROPOSED] ORDER REMANDING MATTER TO THE SUPERIOR COURT OF CALIFORNIA**<br><br>(*Filed concurrently with Joint Stipulation*)<br><br>Complaint Filed: March 25, 2024<br>Removed: May 23, 2024 |

///
///
///
///
///
///
///

1

[PROPOSED ORDER] REMANDING MATTER TO THE SUPERIOR COURT OF CALIFORNIA

**VORYS, SATER, SEYMOUR, AND PEASE, LLP**
Cory D. Catignani, Esq. (SBN 332551)
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone:     (949) 526-7904
Facsimile:      (949) 526-7904
E-Mail:          cdcatignani@vorys.com

Attorney for Defendant ADVANCED DRAINAGE SYSTEMS, INC.

## [~~PROPOSED~~ ORDER]

Having considered the Parties' Stipulation, and upon good cause shown, the Court orders as follows:

1) That this matter is hereby REMANDED to the Superior Court of California, County of Madera; and,

2) That all deadlines, hearings, and other dates in this matter are VACATED.

IT IS SO ORDERED.

Dated:   **September 15, 2025**

_____
UNITED STATES DISTRICT JUDGE